CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
                Plaintiff,  )  Case No.: 2:17-cr-00180-5-JAD-PAL
                        )
vs.  )  **STIPULATION TO CONTINUE**
                        )  **SENTENCING**
MAURICE LEWIS,  )
                Defendant.  )

IT IS HEREBY STIPULATED AND AGREED by and between defendant, MAURICE LEWIS, by and through his counsel, CHRIS T. RASMUSSEN, ESQ., and the United States America, by its counsel, ANTHONY LOPEZ, ESQ., that the above-captioned matter currently scheduled for July 16, 2018 at 9:00 a.m. be vacated and continued for at least one week or a time convenient to the court.

This Stipulation is entered into for the following reasons:

1. The parties agree to a continuance;

2. Counsel for the Defendant has three state cases on for sentencing occurring at this current date and time;

3. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

4. Denial of this request could result in a miscarriage of justice;

5. For all the above- stated reasons, the ends of justice would best be served by a continuance of the sentencing date;

...

6. This is the first request for continuance.

DATED this 13th day of July, 2018.

/s//: Chris T. Rasmussen /s//: Anthony Lopez

CHRIS T. RASMUSSEN, ESQ. ANTHONY LOPEZ, ESQ.
Attorney for Defendant Assistant United States Attorney

```
1  CHRIS T. RASMUSSEN, ESQ.
   Nevada Bar No. 007149
2  330 South Third Street, Suite 1010
   Las Vegas, Nevada 89101
3  (702) 464-6007
   Attorney for Defendant
4
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:17-cr-00180-5-JAD-PAL |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **FINDINGS OF FACT AND** |
| | ) | **CONCLUSIONS OF LAW** |
| MAURICE LEWIS, | ) | |
| Defendant. | ) | |

## FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

2. Counsel for the Defendant has three state cases on for sentencing occurring at this current date and time.

3. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

## CONCLUSIONS OF LAW

1. Denial of this request would result in a miscarriage of justice.

2. For all the above-stated reason, the ends of justice would best be served by a continuance of the sentencing date at least one week.

...

...

...

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,　　　)
　　　　　　　　　　　　　　　　)　Case No.: 2:17-cr-00180-5-JAD-PAL
　　　Plaintiff,　　　　　　　　 )
　　　　　　　　　　　　　　　　)
　　vs.　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)　**ORDER**
MAURICE LEWIS,　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　Defendant.　　　　　　　　)

     Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for July 16, 208 at the hour of 9:00 a.m., by vacated and continued to July 23, 2018, at the hour of 3:00 p.m.

DATED this 13th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE